FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-mail Address: smahoney@fisherphillips.com
hwalker@fisherphillips.com
Attorneys for Defendant
Alliance Plastics LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OSVALDO TORRES, | Case No. 2:18-cv-0027-RFB-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT (FIRST REQUEST)** |
| ALLIANCE PLASTICS, LLC, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED that Defendant will have an extension of time, up to and including January 30, 2018, to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) on file herein. Defense counsel has only recently been retained and needs additional time to review matters. This is the first

FPDOCS 33627982.1

- 1 –

request for an extension.

| FISHER & PHILLIPS | KEMP & KEMP |
|---|---|
| By: /s/ *Scott M. Mahoney, Esq.* <br> Scott M. Mahoney, Esq. <br> Holly E. Walker, Esq. <br> 300 S. Fourth Street <br> Suite 1500 <br> Las Vegas. NV 89101 <br> Attorneys for Defendant | By: /s/ *James P. Kemp, Esq.* <br> James P. Kemp, Esq. <br> 7435 W. Azure Drive, Suite 110 <br> Las Vegas, NV 89130 <br> Attorneys for Plaintiff |

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

Dated: 1-16-2018

FPDOCS 33627982.1

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101