FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-mail Address: smahoney@fisherphillips.com
hwalker@fisherphillips.com
Attorneys for Defendant
Alliance Plastics, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OSVALDO TORRES, | Case No. 2:18-cv-0027-RFB-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| ALLIANCE PLASTICS, LLC, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties' respective counsel of record, that this matter be dismissed with prejudice, with each

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FPDOCS 35310460.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

party to bear its own attorney's fees and costs.

FISHER & PHILLIPS                    KEMP & KEMP

By: /s/ Holly E. Walker, Esq.          By: /s/ James P. Kemp, Esq.
    Scott M. Mahoney, Esq.                 James P. Kemp, Esq.
    Holly E. Walker, Esq.                  7435 W. Azure Drive, Suite 110
    300 S. Fourth Street                   Las Vegas, NV 89130
    Suite 1500                             Attorneys for Plaintiff
    Las Vegas, NV 89101
    Attorneys for Defendant

                    IT IS SO ORDERED:


                    _____
                    RICHARD F. BOULWARE, II
                    UNITED STATES DISTRICT JUDGE

                    DATED this 25th day of April, 2019.

FPDOCS 35310460.1